# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA - ROME DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-40400-bem |
| | * | |
| Jessica Candice Bellendier | * | CHAPTER 13 |
| AKA Jessica C Bellendier; AKA Jessica | * | |
| Bellendier | * | |
| | * | |
| Debtor. | * | |

## CERTIFICATE OF MANNER OF SERVICE
## OF PLAN UNDER BANKRUPTCY RULE 7004

I certify that, pursuant to F. R. Bankr. P. 7004, I served a true and correct copy of the Chapter 13 Plan on the following parties via the manner indicated.

1.

By mailing a copy by first class mail, postage prepaid, to:

Exeter Finance, LLC
Reg. Agent: Corporation Service Company
2 Sun Court
Suite 400
Peachtree Corners, GA 30092

DATE: 6/12/2025
/s/_____
Thomas Reichard, GA Bar No. 150822
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA  30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com