**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

**Jennifer Leigh Chambers**　　　　　　　　　　　**CASE NO. 25-40200**
　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE: BEM**
**DEBTOR(S)**　　　　　　　　　　　　　　　　　　**CHAPTER 13**

**CERTIFICATE OF SERVICE**

　　　The undersigned hereby verifies that a true and correct copy of the documents listed below filed in the above-styled case were served upon the parties identified below by placing a copy of the same in a properly addressed envelope with adequate postage thereon and depositing same in the US Mail.

**Docket No　　Document**

32　　　　　　Pre-Confirmation Plan Modification

**All PARTIES AND CREDITORS ON THE ATTACHED MATRIX**

　　<u>July 11, 2025</u>
Date

　　　　　　　　　　　　　　　　　　　　　/s/ Chris Rampley
　　　　　　　　　　　　　　　　　　　　　**Chris Rampley 593225**
　　　　　　　　　　　　　　　　　　　　　**Chris Rampley, LLC**
　　　　　　　　　　　　　　　　　　　　　**P.O. Box 927**
　　　　　　　　　　　　　　　　　　　　　**Rome, GA 30162**
　　　　　　　　　　　　　　　　　　　　　**(706)-291-7060**
　　　　　　　　　　　　　　　　　　　　　**Fax:(706)-291-9743**
　　　　　　　　　　　　　　　　　　　　　**Rampley@Hotmail.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 25-40200-bem<br>Northern District of Georgia<br>Rome<br>Fri Jul 11 16:23:07 EDT 2025 | Americas Car-Mart INC<br>1805 N 2nd St Suite 401<br>1805 N 2nd St Suite 401<br>Rogers, AR 72756-2423 | Barclays<br>100 WEST STREET<br>WILMINGTON, DE 19801-5015 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Jennifer Leigh Chambers<br>122 Bent Tree Rd<br>Cohutta, GA 30710-7301 | Charles Godfrey<br>126 Enoch Trail<br>Rocky Face, GA 30740-8943 |
| Chestnut Ridge HOA<br>344 Bent Tree Road<br>Cohutta, GA 30710-7307 | Colonial Auto Finance<br>Attn: Bankruptcy<br>1805 N 2nd Street Suite 401<br>Rogers, AR 72756-2423 | Creditors Bureau Associates<br>Attn: Bankruptcy<br>112 Ward St<br>Macon, GA 31204-3147 |
| Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | EMERGENCY COVERAGE LLC<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 | GEORGIA UNITED CREDIT UNION<br>Kaplan Cooper, P.C.<br>5775 Glenridge Drive<br>Suite B-320<br>Atlanta, GA 30328-5380 | Galaxy International Purch LLC<br>4730 South Fort Apache Rd<br>Las Vegas, NV 89147-7945 |
| Galaxy International Purch LLC<br>4730 South Fort Apache Rd<br>Ste 300<br>Las Vegas, NV 89147-7947 | (p)GEORGIA UNITED CREDIT UNION<br>PO BOX 100070<br>DULUTH GA 30096-9370 | Georgia United Credit Union<br>c/o Samantha Tzoberi, Esq.<br>Kaplan Cooper, P.C.<br>5775 Glenridge Drive<br>Suite B-320<br>Atlanta, GA 30328-5380 |
| Internal Revenue Service<br>401 W Peachtree St NW<br>Atlanta, GA 30308-3510 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | LLoyd & McDaniel<br>Po Box 23200<br>Louisville, KY 40223-0200 |
| LLoyd and McDaniel<br>Po Box 23200<br>Louisvilee, KY 40223-0200 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing, LLC<br>M & T Bank<br>Bankruptcy Department<br>P.O. Box 840<br>Buffalo NY 14240-0840 |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Mandarich Law Group LLP<br>175 Townpark Dr Suite 300<br>Kennesaw, GA 30144-5542 |
| Marcus Chambers<br>91 ellis drive<br>chatsworth, GA 30705-6163 | Dana O'Brien<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
Quantum3 Group LLC as agent for        Chris Rampley                          Rausch Sturm
Galaxy International Purchasing LLC    Chris Rampley, LLC                     C/O Bennie Crowe III
PO Box 788                             P O Box 927                            1001 North Dixie Hwy
Kirkland, WA  98083-0788               Rome, GA 30162-0927                    West Palm Beach, FL 33401-3331


K. Edward Safir                        Samantha Tzoberi                       U.S. Department Of HUD
Standing Chapter 13 Trustee            Kaplan Cooper, P.C.                    601 West Broadway
Suite 1600                             Suite B-320                            Roome 110
285 Peachtree Center Ave. NE           5775 Glenridge Drive                   Louisville, KY 40202-2288
Atlanta, GA 30303-1229                 Atlanta, GA 30328-5380


(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP   United States Attorney        Whitfield County Tax Assessors
ATTN ROBERT ZAYAC                      Northern District of Georgia           205 N Selvidge St Ste B
40 MARIETTA ST SUITE 300               75 Ted Turner Drive SW, Suite 600      Dalton, GA 30720-4298
ATLANTA GA 30303-2812                  Atlanta GA 30303-3309



             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



(d)Georgia Department of Revenue       Georgia United Credit Union            A. Michelle Hart Ippoliti
1800 Century Blvd NE                   Attn: Bankruptcy                       McCalla Raymer Leibert Pierce, LLC
Suite 9100                             Po Box 100070                          1544 Old Alabama Road
Atlanta, GA 30345-3205                 Duluth, GA 30096                       Roswell, GA 30076


M & T Bank                             (d)Ciro A. Mestres                     Portfolio Recovery Ass., LLC
Attn: Bankruptcy                       McCalla Raymer Leibert Pierce, LLC     Attn: Bankruptcy
Po Box 844                             1544 Old Alabama Road                  120 Corporate Boulevard
Buffalo, NY 14240                      Roswell, GA 30076                      Norfolk, VA 23502


(d)Portfolio Recovery Associates, LLC  (d)Maria A. Tsagaris                   U.S. Department of Housing and Urban Develop
POB 41067                              McCalla Raymer Liebert Pierce          601 West Broadway Room 110
Norfolk VA 23541                       1544 Old Alabama Road                  Louisville, KY 40202
                                       Roswell, GA 30076



             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Barclays                            (u)LakeView Loan Servicing, LLC        (d)U.S. Department of HUD
100 West Street                                                               601 West Broadway
Wilmington, DE 19801-5015                                                     Roome 110
                                                                              Louisville, KY 40202-2288


End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41
```